IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WEDDINGTON, JR.,

Plaintiff,

Case No:

-vs-

UNITED STATES OF AMERICA,

Defendant.
_____/

# **COMPLAINT**

COME NOW the Plaintiff, JAMES WEDDINGTON, JR., by and through his undersigned attorneys and sues Defendant, UNITED STATES OF AMERICA, for the actions of the United States Postal Service, and allege:

1. This is an action for negligence with damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2. Plaintiff, JAMES WEDDINGTON, JR, is a resident of Pinellas County, Florida.

3. The United States Postal Service is an agent of the United States of America.

4. That this claim against the United States of America is brought pursuant to and in compliance with the Federal Tort Claims Act, 28 U.S.C §§2671-2680, §1346(b), §2401(b) and §1402(b).

5. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2675. Plaintiff has provided proper notice to the Defendant, United States of America. A copy of the Claim for Damage, Injury or Death (Form SF 95) is attached as Exhibit A to this Complaint. The Defendant failed to make final disposition of the claim within six months, and it is deemed a final denial of the Claim.

## JURISDICTION AND VENUE

6. That this Court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

7. Assignment to the Tampa Division of this Court is proper because all of the events giving rise to Plaintiff's claims occurred in Pinellas County.

## GENERAL FACTS

8. On or about September 3, 2019, Defendant, UNITED STATES OF AMERICA, owned a United States Postal Service motor vehicle that was operated with consent by its employee, Gary John Scsavnicki.

9. Gary John Scsavnicki, was in the course and scope of his employment with the United States Postal Service and was operating the vehicle at or near Burlington Avenue N and 34th Street N. in Pinellas County, Florida.

10. At that time and place, Gary John Scsavnicki, negligently and/or carelessly operated the postal vehicle so that it collided with Plaintiff, JAMES WEDDINGTON, JR, a non-motorist riding a bicycle.

11. As a result, Plaintiff, JAMES WEDDINGTON, JR, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of previously existing conditions. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Additionally, Plaintiff's bicycle was damaged and he lost the use of the bicycle during the period required for its repair or replacement.

WHEREFORE, Plaintiff, JAMES WEDDINGTON, JR., demands judgment against the Defendant, UNITED STATES OF AMERICA, in excess of Seventy-Five Thousand Dollars ($75,000.00) for his damages as set forth above.

Dated this 25th day of February 2022.

/s/ Darrell W. Kropog, Jr.
Darrell W. Kropog, Jr., Esquire
Morgan & Morgan Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
DWKPleadings@forthepeople.com
Secondary: CWills@forthepeople.com
Florida Bar #: 0052275
Attorney for Plaintiff